UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARTURO CASTILLO,<br><br>Defendant. | Case No.: 17CR2551-GPC<br><br>ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice as to Defendant JOSE ARTURO CASTILLO. Defendant has a terminal medical condition and dismissal is in the interest of justice to allow medical care and family visits outside of custody.

IT IS SO ORDERED.

Dated: August 31, 2021

Hon. Gonzalo P. Curiel
United States District Judge